UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
v.                                     Case No. 19-20237
                                        Honorable Victoria A. Roberts

CHRISTIAN TORRES,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [ECF No. 3]

**I.    INTRODUCTION**

Before the Court is Defendant Christian Torres' motion for early termination of supervised release [ECF No. 3]. The motion is fully briefed.

For the reasons below, the Court **GRANTS** Torres' motion.

**II.    BACKGROUND**

In 2008, Torres pled guilty in the Eastern District of Pennsylvania to armed bank robbery and using and carrying a firearm during and in relation to a crime of violence. He was sentenced to 121 months in prison, followed by five years of supervised release.

Torres began his term of supervised release in December 2017. His supervision transferred to this district in April 2019. Torres has served just

over 46 months – or approximately 77% – of his supervised release term. His supervision is scheduled to terminate on December 5, 2022.

On May 25, 2021, Torres filed his motion for early termination of supervised release. The government opposes the motion.

According to his Probation Officer, Torres "remains in full compliance with all conditions of supervised release and has not engaged in any known criminal behavior. [He] reports as directed and follows all instructions . . . . [Torres] is employed full time . . . [and] maintains a stable residence with his wife and daughter in Westland, Michigan."

Moreover, she indicates that Torres "has been consistently assessed as a low-risk client per the Post-Conviction Risk Assessment (PCRA) tool. Per PCRA, 'Offenders in this category have a 6% arrest rate and a 2% revocation rate.' As a result of his risk level, [Torres] was placed on a 'Low Intensity Supervision' caseload requiring minimal supervision."

The Probation Department supports Torres' motion for early termination of supervised release.

## III. DISCUSSION

After considering the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B)-(D), and (a)(4)-(a)(7), the Court "may . . . terminate a term of supervised release . . . at any time after the expiration of one year of

2

supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant . . . and the interest of justice." 18 U.S.C. § 3583(e)(1).

Torres moves the Court to terminate his term of supervised release early based on his good behavior and other positive life changes since his conviction.

The government opposes early termination. It says good behavior on supervised release is the expectation and that Torres' offense conduct was serious.

After carefully considering the requirements of § 3583(e)(1), the Court finds that the relevant portions of § 3553(a) support an early termination of Torres' supervised release. Particularly, the Court finds that Torres' conduct and the interests of justice warrant early termination of supervision.

Torres has completed nearly four years of supervised release. He complies with the terms of his supervision and has held steady employment throughout his supervision term. Since his release from prison, Torres has gotten married, had a daughter, and maintained a stable residence. In addition to his full-time employment, Torres recently began a company with his wife that provides spreadsheet solutions and accounting services.

While the Court agrees with the government that Torres' offense conduct was serious, the government does not suggest that Torres is a current danger to the community or others – and the Court does not find otherwise. Indeed, despite minimal supervision due to his low-risk PCRA designation, Torres has not re-offended. And, importantly, the Probation Department recommends early termination of supervision.

### IV. CONCLUSION

For the reasons above, the Court **GRANTS** Torres' motion for early termination of supervised release [ECF No. 3] and **TERMINATES** Torres' term of supervised release.

**IT IS ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: October 7, 2021